IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NEWELL-RUBBERMAID, INC., <br> Plaintiff, <br> -v.- <br> THE RAYMOND CORPORATION, et al., <br> Defendants. | Case No. 5:08-cv-02632-SL <br><br> Judge Sara Lioi <br><br> **THE RAYMOND CORPORATION'S MOTION TO EXCLUDE THE TESTIMONY OF BEN RAILSBACK** |

Defendant, The Raymond Corporation ("Raymond"), hereby moves pursuant to Fed. R. Evid. 702 and this Court's Case Management Order, for an Order Excluding the Testimony of Ben Railsback, the Proffered Expert of Plaintiff, Newell Rubbermaid, Inc. Mr. Railsback's testimony should be excluded from trial on the ground that he is not qualified to render expert opinions in this matter and his testimony is unreliable, within the meaning of *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589, 113 S. Ct. 2786 (1993), and its progeny.

Raymond's motion is supported by Raymond's accompanying brief, the exhibits thereto, and the records on file in this action.

QB\9860740.1

Dated: March 1, 2010.

Respectfully submitted,

/s Raymond D. Jamieson
PATRICK W. SCHMIDT, ESQ.
RAYMOND D. JAMIESON, ESQ.
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI  53202-4497
(414) 277-5000
patrick.schmidt@quarles.com
raymond.jamieson@quarles.com

HARRY T. QUICK, ESQ.
MATTHEW L. SNYDER, ESQ.
BRZYTWA QUICK & MCCRYSTAL
1660 W. 2nd St., Suite 900
Cleveland, OH  44113
(216) 664-6900
quick@bqmlaw.com
snyder@bqmlaw.com

Attorneys for Defendants
THE RAYMOND CORPORATION and
ANDERSEN & ASSOCIATES, INC.

QB\9860740.1