**INDUSTRIAL PARTS AND SERVICE CO., INC.**
6440 Promler N.W.
North Canton, Ohio 44720

I.3601

MAY 15 2002

Canton (330)966-5025 Fax (330)966-6033

PAGE 1

INVOICE NUMBER 01E0500020

02/19/02

**SOLD TO:**
17190
RUBBERMAID HOME PRODUCTS
1147 AKRON ROAD
WOOSTER OH 44691

**SHIP TO:**
17190
RUBBERMAID HOME PRODUCTS
1147 AKRON ROAD
WOOSTER OH 44691

F.O.B. [ ] [X] SHIPPING POINT  TERMS: NET CASH

02/19/02

| ORDERED | SHIPPED | B/O | Prod. Code | DESCRIPTION | PRICE EA. | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | | 6200 | *6300-011671-66 RAYMOND DOCKSTOCKER | $15,000.00 | $15,000.00 |
| 1 | 1 | | 6200 | *USED CARTON CLAMP | | |
| | | | | RAYMOND DOCKSTOCKER MODEL DSS30TT | | |
| | | | | EQUIPMENT INCLUDES: 3 STAGE MAST 96-277 SIDE | | |
| | | | | SHIFTER, 18-125-11 BATTERY, AND CASCADE CARTON | | |
| | | | | CLAMP 48X48 | | |
| | | | | SUBTOTAL | | $15,000.00 |
| | | | | TOTAL | | $15,000.00 |

MAY 16 2002  A/P

Ok to pay on CAR
Phil Clark
5/14/02

CAR# mid9013 CAR
mi 0242d9013CAP

ORIGINAL





491