IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

NEWELL RUBBERMAID, INC.,

       Plaintiff/Appellant,

-vs-

THE RAYMOND CORPORATION,

       Defendant/Appellee.

Case No. 5:08-cv-02632-SL

Judge Sara Lioi

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff/Appellant Newell Rubbermaid, Inc. hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Memorandum Opinion (ECF Doc. No. 98) and contemporaneous Judgment Entry (ECF Doc. No. 99), granting Defendant/Appellee The Raymond Corp.'s Motion to Exclude the Testimony of Ben Railsback and Motion for Summary Judgment, entered on the 1st day of July, 2010.

Respectfully submitted,

/s/Matthew M. Nee (0072025)
The Law Office of Matthew M. Nee
14701 Detroit Avenue, Suite 700
Lakewood, Ohio 44107
216-832-6311 | 216-226-8802 (f)
mattnee@neelawfirm.com

/s/Ronald H. Lasko (0023414)
Lasko & Associates Co., L.P.A.
1430 The Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114
rlasko@laskolpa.com

*Attorneys for Plaintiff/Appellant*
*Newell Rubbermaid, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **Notice of Appeal** was filed electronically on July 30, 2010. Notice of this filing will be available to all parties via the Court's electronic filing system.

      /s/ Matthew M. Nee (0072025)